JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER SALAMA, | Case No. CV 09-07854 DMG (RCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's Order re Defendants' Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and City of La Puente, and against Plaintiff Maher Salama, who shall take nothing.

**IT IS SO ORDERED**.

DATED:   August 26, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-